UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>vs.<br><br>KOFI JAMISON,<br>  Defendant. | No. 07 CR 436 -*3*<br>Honorable Joan Humphrey Lefkow |

## AGREED PROTECTIVE ORDER

This matter coming to be heard upon Motion of Defendant, Kofi Jamison, by and through his attorney, Linda Amdur, and agreed to by AUSA Renato Mariotti, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

That Defendant Stacy Clarke's Attorney, Mr. Benjamin Starks, and Defendant Kofi Jamison's Attorney, Linda Amdur, upon receipt of unredacted discovery to be provided by the government, which will include U.S. Secret Service investigative reports and credit card account information and records, are prohibited to further disclose said documents with the following exception set forth in this order. The attorneys may disclose said documents to their respective clients for the client's review. The documents, however, may not be photocopied or otherwise copied and must remain under the custody and control of the respective attorneys.

ENTER:

_____
Judge

_____10-24-07_____
Date